**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

YAIDIER KINDELAN LOPEZ,

        Petitioner,

    v.

PAMELA BONDI, *et al*.,

        Respondents.

        Defendant.

Case No. 2:26-cv-00319-APG-BNW

<u>ORDER</u>

IT IS THEREFORE ORDERED that petitioner has until March 20, 2026, to file his Amended Petition for Writ of Habeas Corpus.

DATED this <u>3rd</u> day of April 2026.

_____

ANDREW P GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3