TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YAIDIER KINDELAN LOPEZ,<br><br>    Petitioners,<br><br>    v.<br><br>PAMELA BONDI, *et.al.*,<br><br>    Respondents. | Case No. 2:26-cv-00319-APG-BNW<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 15)**<br><br>**(First Request)** |

Petitioner Yaidier Kindelan Lopez ("Petitioner") and Federal Respondents Michael Bernacke, Todd Lyons, Kristi Noem, and Pamela Bondi ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 15, extending the deadline from April 2, 2026, to April 8, 2026. Federal Respondents need the extension due to the need to obtain some additional information from the Agency to prepare a meaningful response to the Amended Petition. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition from April 2, 2026, to April 8, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 2nd day of April 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Dawn A. Penn
Dawn A. Penn
Assistant Federal Public Defender
Texas State Bar No. 24138012
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 3, 2026 _____

2